**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

STEARNS BANK, N.A., as successor to
First State Bank by asset acquisition from the
FDIC as receiver for First State Bank,

      Plaintiff,

v.                                         Case No.  8:12-cv-144-T-30TGW

GULF CART, Official No. 1175863, in rem,
et al.,

      Defendants.
_____/

**ORDER OF DISMISSAL**

      Before the Court is the Notice of Voluntary Dismissal Of Action Without Prejudice (Dkt.

#11).  In accordance with same, it is

      **ORDERED AND ADJUDGED** as follows:

      1.      This cause is dismissed without prejudice.

      2.      All pending motions are denied as moot.

      3.      The Clerk is directed to close this case.

      **DONE** and **ORDERED** in Tampa, Florida on March 29, 2012.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

F:\Docs\2012\12-cv-144.dismiss 11.wpd