UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

STEARNS BANK, N.A., as successor to
First State Bank by asset acquisition from the
FDIC as receiver for First State Bank,

    Plaintiff,

v.    Case No. 8:12-cv-144-T-30TGW

GULF CART, Official No. 1175863, in rem,
et al.,

    Defendants.
_____/

## ORDER OF DISMISSAL

Before the Court is the Notice of Voluntary Dismissal Of Action Without Prejudice (Dkt. #11). In accordance with same, it is

**ORDERED AND ADJUDGED** as follows:

1.    This cause is dismissed without prejudice.

2.    All pending motions are denied as moot.

3.    The Clerk is directed to close this case.

**DONE** and **ORDERED** in Tampa, Florida on March 29, 2012.

*/s/ James S. Moody, Jr.*
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

F:\Docs\2012\12-cv-144.dismiss 11.wpd